UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| No. | 2:22-cv-03005-ODW (MRWx) | Date | February 27, 2023 |
|---|---|---|---|
| Title | *Portia Mason v. Cafe Bizou, Inc.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

The Court received and reviewed the parties' second stipulation to continue the deadline to dismiss the case. (Second Stip., ECF No. 27.) In granting the parties' first stipulation for the same, the Court noted that "[f]ailure to timely file [FRCP 41-compliant] documents may result in dismissal of the case." (Min. Order First Stip., ECF No. 26.)

The sole reason counsel offers for a second continuance is that "the conditions precedent to the filing of a dismissal have not been met." (Second Stip. 2.) Given that the Stipulation is not supported by any declarations or other evidence to substantiate or elaborate on this assertion, this is an insufficient and insufficiently detailed showing of good cause. For example, if all that remains is for Defendant to remit a payment, then closing the case is appropriate because any remaining claim is a settlement contract claim outside the scope of the ADA claim Plaintiff alleges in this case. But the parties failed to provide the Court with enough information to conduct this inquiry and make this determination. Especially in light of the Court's prior warning that failure to timely file dismissal documents may result in dismissal of the case, dismissal of the case is now appropriate. Accordingly, **IT IS HEREBY ORDERED** that:

///

///

1.  The entire action and all claims asserted therein are hereby **DISMISSED**; and

2.  All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

  :   00

Initials of Preparer   SE